## Humphreys, Pamela (SHB)

| | |
|---|---|
| **From:** | Artman, Jennifer (SHB) |
| **Sent:** | Monday, June 29, 2015 10:38 AM |
| **To:** | 'Rachel Roman (Rachel@zevandavidson.com)' |
| **Cc:** | 'Amber Raab (amber@zevandavidson.com)'; Beck, Doug (SHB); Dietrich, Heather (SHB) |
| **Subject:** | Strickland: IME |

Rachel,

Good morning. Due to your objection to the defendant's original expert, and in an effort to avoid court intervention, we have worked to retain a neuro otologist in St. Louis to perform the independent medical exam of plaintiff Mr. Strickland. Dr. Anthony Mikulec, with the SLU Department of Otolaryngology, will perform the IME, including balance testing, audiograms, and a physical exam/medical history of Mr. Strickland. The tests and exam will take place at Mercy Hospital on 621 S. New Ballas Road, St. Louis, MO 63141. Balance testing must be scheduled a few days prior to the physical exam. An audiogram will be performed at both the balance test and the physical exam, and a third and final audiogram can be scheduled by Mr. Strickland at either of those appointments. The last audiogram will only take about 10 minutes.

Dr. Mikulec can see Mr. Strickland on these dates:

July 23 – balance test
July 29 – physical exam and medical history

August 5, 6, 7 or 14 – balance test
August 19 – physical exam and medical history

We would prefer to use the dates near the end of July, if at all possible. Please let us know which dates work for your client. If you have any questions, you can reach me at 816-559-0335. Thank you,

Jennifer

**Jennifer J. Artman**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.0335 | jartman@shb.com

